IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY WEXLER and KENNETH A. WEXLER, ) ) Plaintiffs, ) ) vs. ) ) CHUBB NATIONAL INSURANCE COMPANY, ) an Indiana corporation, and BELFOR USA ) GROUP INC., a Colorado corporation, ) ) Defendants. ) ) ) | Case No. 21-cv-2543 State Case No. 2021 L 001093 |

**PETITION FOR REMOVAL**

Defendant Chubb National Insurance Company ("Chubb"), through its attorneys and pursuant to 28 U.S.C. §§ 1441(a) and 1446, removes this civil action from the Circuit Court of Cook County, Illinois, County Department, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, Chubb states:

1. On January 29, 2021, Plaintiffs Amy Wexler and Kenneth A. Wexler ("Plaintiffs") filed a Complaint in the in the Circuit Court of Cook County, Illinois, County Department, Law Division captioned *Amy Wexler and Kenneth A. Wexler v. Chubb National Insurance Company, Belfor USA Group, Inc., and Aon Private Risk Management Insurance Agency, Inc.,* No. 2001-L-001093 (the "Complaint"). Copies of all documents filed in the State Court Action are attached hereto as **Exhibit A**.

2. The Complaint was first served on Chubb via service on the Illinois Department of Insurance on March 22, 2021. *See,* Service of Summons attached hereto as **Exhibit B**. An

agreement between counsel for Plaintiff and Chubb extended the deadline for Chubb to file an Answer or to otherwise plead to May 12, 2021.

## BASIS FOR FEDERAL JURISDICTION

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, 1441, and 1446 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and because there exists complete diversity between Plaintiff and Defendants.

4. Removal to United States District Court for the Northern District of Illinois, Eastern Division, is proper in this Court pursuant to 28 U.S.C. § 112(c) because it is the district and division embracing the place where such action is pending in accordance with 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

5. Plaintiffs are individuals who are the owners of a residence located at 468 Lakeside Terrace, Glencoe, Cook County, Illinois. Plaintiffs are citizens of the State of Illinois.

6. Defendant Chubb is incorporated in the State of Indiana with its principal place of business in Warren, New Jersey.

7. Defendant Belfor USA Group Inc. ("Belfor") is incorporated in Colorado with its principle place of business in Birmingham, Michigan.

8. Defendant AON Private Risk Management Insurance Agency, Inc. ("AON") was voluntarily dismissed by Plaintiff on May 10, 2021. *See,* Notice of Voluntary Dismissal attached hereto as **Exhibit C.** Therefore, AON's citizenship must be disregarded for diversity purposes.

## AMOUNT IN CONTROVERSY

9. Plaintiffs allege nine causes of action against Defendants Chubb and Belfor in the Complaint: (1) breach of contract against Chubb; (2) bad faith pursuant to Section 155 of the

Illinois Insurance Code against Chubb; (3) breach of fiduciary duty against Chubb; (4) violation of the Illinois Consumer Fraud and Deceptive Business Practices Act against Chubb; (5) aiding and abetting breach of fiduciary duty against Belfor; (6) negligence against Chubb; (7) negligence against Belfor; (8) breach of contract against Belfor; and (9) tortious interference with contract against Chubb.

10. The Complaint does not specify the exact amount of damages sought, but alleges that Plaintiff has suffered damages in a sum in excess of $50,000. Plaintiff also seeks up to the statutory limits of $60,000 in its bad faith claim against Chubb.

11. Although the Plaintiff does not plead a specific amount in controversy in excess of $75,000, the Complaint alleges: (1) Plaintiffs submitted a proof of loss seeking $3,302,466.50 for damages; (2) Chubb's consultant estimated the cost to repair the property due to the water loss event totaled $657,871; (3) that Chubb denied Plaintiff's claim; and (4) that Chubb breached the insurance contract by failing to fully pay for Plaintiffs' claim. *See,* Complaint ¶¶ 58-59 and 68 and Exhibit 4.

12. In sum, the allegations of the Complaint reflect that Plaintiffs seek a monetary judgment in an amount that exceeds the $75,000 jurisdictional threshold in 28 U.S.C. § 1332(a).

## REMOVAL PROCEDURE

13. This Notice of Removal is timely because it was filed within 30 days of the entry of the May 10, 2021 Order of voluntary dismissal of AON. *See,* 28 U.S.C. § 1446(b)(3). As a result of AON's removal from this matter on May 10, 2021, there is now diversity amongst the remaining parties to permit the removal of this matter to federal court.

14. No previous application has been made for the relief requested herein.

15. Chubb has complied with all statutes, orders, and provisions governing the removal of this action.

16. Chubb does not waive any legal defenses that it may have to defend against the allegations made by Plaintiffs in the Complaint.

17. Belfor consents to the removal of this matter to federal court.

18. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is also being filed with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Chubb respectfully requests that the State Court Action be removed to the United States District Court for the Northern District of Illinois, Eastern Division, and that this Court assume jurisdiction of this action and make such further orders as may be required to property determine this controversy.

Dated: May 11, 2021

Respectfully submitted,

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

/s/: *Matthew S. Ponzi*
Matthew S. Ponzi
Michael S. Errera
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
mponzi@fgppr.com
merrera@fgppr.com

Attorneys for Defendant,
Chubb National Insurance Company

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that the appended document and referenced attachments were filed with the Clerk for the Northern District of Illinois on May 11, 2021 and copies of same have been sent via email to the following attorneys of record:

Michael S. Shapiro
Tomlinson & Shapiro, P.C.
10 S. LaSalle Street, Suite 2920
Chicago, Illinois 60603
mss@tomlinsonshapiro.com
*Counsel for Belfor*

Seth D. Lamden
BLANK ROME LLP
444 W. Lake Street, Suite 1650
Chicago, IL 60606
slamden@blankrome.com
*Counsel for Plaintiff*


                                                /s/:  *Matthew S. Ponzi*