# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMY WEXLER and KENNETH A. WEXLER, ) | |
| ) | |
| Plaintiffs, ) | Case No. 21-cv-2543 |
| vs. ) | |
| ) | |
| CHUBB NATIONAL INSURANCE COMPANY, ) | State Case No. 2021 L 001093 |
| an Indiana corporation, and BELFOR USA ) | |
| GROUP INC., a Colorado corporation, ) | |
| ) | |
| Defendants. ) | |

## CHUBB NATIONAL INSURANCE COMPANY'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Chubb National Insurance Company files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure, and certifies as follows:

1. Chubb National Insurance Company is a non-governmental corporation.

2. Chubb National Insurance Company is a wholly owned subsidiary of Federal Insurance Company. Federal Insurance Company is a wholly owned subsidiary of Chubb Group Holdings, Inc. Chubb Group Holdings, Inc. is owned 80% by Chubb Group Holdings, Inc. and 20% by Chubb Limited. Chubb Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (symbol CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

3. No other publicly held entity holds more than 10% interest in Chubb Limited.

Dated: May 11, 2021

                                                Respectfully submitted,

                                                FORAN GLENNON PALANDECH
                                                PONZI & RUDLOFF PC

/s/: *Matthew S. Ponzi*
Matthew S. Ponzi
Michael S. Errera
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
mponzi@fgppr.com
merrera@fgppr.com

Attorneys for Defendant,
Chubb National Insurance Company

.

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that the appended document was filed with the Clerk for the Northern District of Illinois on May 11, 2021, and that a copy of same has been sent via email to the following attorneys of record:

Michael S. Shapiro
Tomlinson & Shapiro, P.C.
10 S. LaSalle Street, Suite 2920
Chicago, Illinois 60603
mss@tomlinsonshapiro.com
*Counsel for Belfor*

Seth D. Lamden
BLANK ROME LLP
444 W. Lake Street, Suite 1650
Chicago, IL 60606
slamden@blankrome.com
*Counsel for Plaintiff*

      /s/: *Matthew S. Ponzi*