| Item Ref | Section | Cost Item | REPAIR | | | Mold | CODE |
|---|---|---|---|---|---|---|---|
| | | | Repair Cost (RCV) | Depreciation of Repair Material | Repair Depreciated Total (ACV) | Mold Remediation | CODE |
| | **Assessment and Abatement Costs** | | | | | | |
| 1 | | Environmental/Mold Assessments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | | Environmental/Mold Abatement - Additional Assessment and Testing | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 |
| 3 | | Environmental/Mold Abatement - Abatement and Encapsulation | $0.00 | $0.00 | $0.00 | $25,000.00 | $0.00 |
| 4 | | Initial Architectural Assessment | $2,500.00 | $0.00 | $2,500.00 | $0.00 | $0.00 |
| 5 | | Initial Engineering Assessment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Design and Management Costs** | | | | | | |
| 6 | | Architectural and Engineering Design | $35,000.00 | $0.00 | $35,000.00 | $0.00 | $0.00 |
| 7 | | Construction Management | $17,000.00 | $0.00 | $17,000.00 | $2,000.00 | $1,000.00 |
| | **Construction Costs - Owner Direct Costs** | | | | | | |
| 8 | | Building Permits | $30,000.00 | $0.00 | $30,000.00 | $0.00 | $0.00 |
| 9 | | Builder's Risk Insurance (included in GC overhead costs) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal Abatement and Construction Soft Costs** | | **$84,500.00** | **$0.00** | **$84,500.00** | **$32,000.00** | **$1,000.00** |
| | **Construction Costs - General Contractor Costs** | | | | | | |
| 10 | | Lot and Site Protection | $2,500.00 | $0.00 | $2,500.00 | $0.00 | $0.00 |
| 11 | | Exterior Equipment Removal and Preparation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | | Demolition | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 13 | | Temporary Toilet | $1,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 14 | | Dumpster/Debris Removal | $1,795.00 | $0.00 | $1,795.00 | $0.00 | $0.00 |
| 15 | | General Labor protection and Clean-up | $8,000.00 | $0.00 | $8,000.00 | $0.00 | $0.00 |
| 16 | | Concrete and Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | | Structural Steel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | | Carpentry - Framing Lumber and Materials | $2,500.00 | $625.00 | $1,875.00 | $0.00 | $0.00 |
| 19 | | Carpentry Framing Labor | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 20 | | Floor Levelling | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 21 | | Wood Flooring | $38,000.00 | $7,262.00 | $30,738.00 | $0.00 | $0.00 |
| 22 | | Carpeting | $14,000.00 | $4,061.00 | $9,939.00 | $0.00 | $0.00 |

| # | Item | | | | | |
|---|---|---|---|---|---|---|
| 23 | Roofing and Gutters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | Windows | $1,500.00 | $250.00 | $1,250.00 | $0.00 | $0.00 |
| 25 | Front Door and Sidelight Unit | $3,250.00 | $0.00 | $3,250.00 | $0.00 | $0.00 |
| 26 | Overhead Doors | $750.00 | $0.00 | $750.00 | $0.00 | $0.00 |
| 27 | Wood Siding | $1,250.00 | $125.00 | $1,125.00 | $0.00 | $0.00 |
| 28 | Masonry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Plumbing - Rough | $66,500.00 | $1,191.00 | $65,309.00 | $0.00 | $0.00 |
| 30 | Plumbing - Fixtures | $22,500.00 | $6,133.00 | $16,367.00 | $0.00 | $0.00 |
| 31 | HVAC | $53,000.00 | $8,759.00 | $44,241.00 | $0.00 | $0.00 |
| 32 | Electrical - Rough | $72,500.00 | $4,070.00 | $68,430.00 | $0.00 | $0.00 |
| 33 | Electrical - Fixtures | $22,500.00 | $2,911.00 | $19,589.00 | $0.00 | $0.00 |
| 34 | Low Voltage/Audio Video Wiring | $9,500.00 | $567.00 | $8,933.00 | $0.00 | $0.00 |
| 35 | Security | $10,000.00 | $295.00 | $9,705.00 | $0.00 | $0.00 |
| 36 | Fire Sprinkler | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | Insulation | $12,500.00 | $1,977.00 | $10,523.00 | $0.00 | $26,500.00 |
| 38 | Drywall | $42,500.00 | $2,943.00 | $39,557.00 | $0.00 | $0.00 |
| 39 | Tile and Stone | $25,000.00 | $4,172.00 | $20,828.00 | $0.00 | $0.00 |
| 40 | Cabinets, Vanities, Casework and Closet Organizers | $66,500.00 | $19,960.00 | $46,540.00 | $0.00 | $0.00 |
| 41 | Countertops, Vanity Tops | $17,500.00 | $4,266.00 | $13,234.00 | $0.00 | $0.00 |
| 42 | Appliances | $32,500.00 | $5,176.00 | $27,324.00 | $0.00 | $0.00 |
| 43 | Finish Carpentry | $33,500.00 | $2,677.00 | $30,823.00 | $0.00 | $0.00 |
| 44 | Interior Doors and Trim | $17,891.00 | $2,778.00 | $15,113.00 | $0.00 | $0.00 |
| 45 | Door Hardware | $4,000.00 | $1,097.00 | $2,903.00 | $0.00 | $0.00 |
| 46 | Spiral Stair | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | Wood Stairs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | Shower Doors | $16,500.00 | $3,448.00 | $13,052.00 | $0.00 | $0.00 |
| 49 | Mirrors | $3,000.00 | $785.00 | $2,215.00 | $0.00 | $0.00 |
| 50 | Bath Hardware | $3,500.00 | $701.00 | $2,799.00 | $0.00 | $0.00 |
| 51 | Paint - Exterior | $1,250.00 | $261.00 | $989.00 | $0.00 | $0.00 |
| 52 | Paint - Interior | $27,500.00 | $5,746.00 | $21,754.00 | $0.00 | $0.00 |
| 53 | Landscaping and Hardscape Repairs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | Driveway | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | Window Treatments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 |
| 56 | Subtotal Construction Costs + Soft Costs | $734,186.00 | $92,236.00 | $641,950.00 | $32,000.00 | $27,500.00 |
| 57 | General Contractor's Overhead and Profit @14% | $102,786.04 | $0.00 | $102,786.04 | $4,480.00 | $3,850.00 |
| 58 | Total General Contractor Cost | $836,972.04 | $92,236.00 | $744,736.04 | $36,480.00 | $31,350.00 |
| 59 | Total Construction Cost | $921,472.04 | $92,236.00 | $829,236.04 | $36,480.00 | $32,350.00 |
| | *Period of Restoration & Repair* | *6.5 months* | | | *1 month* | *.5 months* |