**From:** Errera, Michael
**Sent:** Friday, May 26, 2023 7:41 PM
**To:** Lamden, Seth D. <seth.lamden@blankrome.com>; Tzur, Paul <paul.tzur@BlankRome.com>; Thomas A. Gamache (tag@lefltd.com) <tag@lefltd.com>; Daniel Offenbach (djo@lefltd.com) <djo@lefltd.com>
**Cc:** Ponzi, Matthew S. <mponzi@fgppr.com>
**Subject:** Wexlers v. Chubb and BELFOR-

Counsel,

Please find a link - https://fgpprpc.sharefile.com/d-s8171665d68fd4abaa19999ce1d6ca6c8 - for new document production, an updated privilege/redaction log, and an updated interrogatory and document responses.

Michael

**Michael S. Errera**


FORAN GLENNON
222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601
**Office:** 312.863.5023
**Mobile:** 630.247.1400
**Email:** merrera@fgppr.com

Chicago | Irvine | San Francisco | New York | London
Denver | Las Vegas | Nashville | Sacramento | San Jose

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.