IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY WEXLER and KENNETH A. WEXLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21-CV-2543 |
| ) | |
| CHUBB NATIONAL INSURANCE COMPANY ) | |
| and BELFOR USA GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW THE APPEARANCE
OF THOMAS A. GAMACHE AS COUNSEL**

NOW COMES Defendant, BELFOR USA GROUP, INC., by and through its attorneys, LEAHY, EISENBERG & FRAENKEL, LTD., and respectfully requests that this Court grant Thomas A. Gamache leave to withdraw his Appearance as attorney of record in this matter. In support of this Motion, Defendant states as follows:

1. Thomas A. Gamache entered an appearance on behalf of Defendant, BELFOR USA GROUP, INC., as an attorney with the law firm of Leahy, Eisenberg & Fraenkel, Ltd.

2. Mr. Gamache is no longer associated with the law firm of Leahy, Eisenberg & Fraenkel, Ltd.

3. Defendant, BELFOR USA GROUP, INC., will continue to be represented by counsel from the firm of Leahy, Eisenberg & Fraenkel, Ltd.

4. B. Robert Ostojic has filed an appearance as lead counsel on behalf of Defendant, BELFOR USA GROUP, INC.

WHEREFORE, Defendant, BELFOR USA GROUP, INC., respectfully requests that the Court grant Thomas A. Gamache leave to withdraw as attorney of record in this action.

                Respectfully submitted,

                LEAHY, EISENBERG & FRAENKEL, LTD.

By: /s/ *Robert Ostojic*
     Robert Ostojic

Robert Ostojic (#6216651)
Daniel J. Offenbach (#61835547)
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
(312) 368-4554
ro@lefltd.com
djo@lefltd.com

*Counsel for Defendant, Belfor USA Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2023, the foregoing ***Motion to Withdraw the Appearance of Thomas A. Gamache as Counsel*** was electronically filed with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

          /s/ *Robert Ostojic*
          Robert Ostojic (#6216651)
          LEAHY, EISENBERG & FRAENKEL, LTD.
          33 West Monroe Street, Suite 1100
          Chicago, IL 60603
          (312) 368-4554
          ro@lefltd.com